IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERRY NUTT
ADC #098540                                                              PETITIONER

v.                          No. 5:19-cv-164-DPM

DEXTER PAYNE, Director,
Arkansas Department of Correction                                        RESPONDENT

## ORDER

Motion to reopen, *Doc. 9*, granted. The Court lifts the stay, directs the Clerk to reopen this case, and returns it to Magistrate Judge Deere for further proceedings.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 May 2020