IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERRY NUTT
ADC #098540                                                    PETITIONER

v.                              No. 5:19-cv-164-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                RESPONDENT

## JUDGMENT

Nutt's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 June 2021